UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

                Plaintiff,

- against -

HCC SPECIALTY UNDERWRITERS, INC. AND
U.S. SPECIALTY INSURANCE COMPANY,

                Defendants.

20-cv-4885 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

For the reasons stated at the teleconference in this case on August 9, 2021, the defendants' motion to stay, or in the alternative, to transfer this action, is **denied**. The Clerk is directed to close Docket Nos. 15 and 32.

The plaintiff should submit an amended complaint by **August 23, 2021**. The defendants should respond by **September 13, 2021**. The parties should submit a proposed scheduling order, and any agreement or lack thereof with respect to discovery in this action, by **September 7, 2021.**

The plaintiff should notify the Court by **August 12, 2021**, whether the plaintiff will continue to pursue its motion to disqualify Norton Rose Fulbright, ECF No. 41.

**SO ORDERED.**

Dated:    New York, New York
            August 9, 2021

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                            **United States District Judge**