IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

GARTNER, INC.,

Plaintiff,

-against-

HCC SPECIALTY UNDERWRITERS, INC.
and U.S. SPECIALTY INSURANCE COMPANY,

Defendants.

> Application granted.  This Order does not
> affect any proceedings in connection with the
> Motion to Disqualify.  SO ORDERED.
>
> New York, NY          /s/ John G. Koeltl
> August 19, 2021       John G. Koeltl, U.S.D.J.

Cause No. 1:20-cv-04885-JGK

## [~~PROPOSED~~] ORDER

Upon consideration of the Defendants' Unopposed Motion to Stay (the "Motion"), the

Court hereby **GRANTS** the Motion.

Accordingly, it is hereby **ORDERED** that this case is stayed pending the resolution of

Plaintiff Gartner, Inc.'s Motion to Disqualify Defendants' counsel (DE 41).

It is further **ORDERED** that all pending deadlines set by the Court's August 9, 2021 Order

(DE 52) or otherwise are hereby terminated pending the resolution of Plaintiff Gartner, Inc.'s

Motion to Disqualify Defendants' counsel (DE 41).

Dated: _____            _____

HON. JON G. KOELTL
United States District Judge