UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

     Plaintiff,

  - against -

HCC SPECIALTY UNDERWRITERS, INC. and
U.S. SPECIALTY INSURANCE CO.,

     Defendants.

20-cv-4885 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 In response to the parties' letters, the Court will adjourn the evidentiary hearing until November 19, 2021 at 9:00 a.m.

 No discovery is needed in preparation for the hearing, but at least two weeks prior to the hearing, the parties should exchange witness lists and exhibit lists together with proposed exhibits.

SO ORDERED.

Dated: New York, New York
   October 13, 2021

             _____
              John G. Koeltl
            United States District Judge