UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

GARTNER, INC.,

                Plaintiff,         20-cv-4885 (JGK)

     - against -                ORDER

HCC SPECIALTY UNDERWRITERS, INC. and
U.S. SPECIALTY INSURANCE CO.,

                Defendants.
---

JOHN G. KOELTL, District Judge:

    The evidentiary hearing set for November 19, 2021 at 9:00 a.m. is rescheduled to November 8, 2021 at 9:00 a.m.

SO ORDERED.

Dated:    New York, New York
           October 18, 2021

                                          John G. Koeltl
                                United States District Judge