UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

                    Plaintiff,

       - against -

HCC SPECIALTY UNDERWRITERS, INC. and
U.S. SPECIALTY INSURANCE CO.,

                 Defendants.

20-cv-4885 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed during today's conference, the plaintiff will file an amended complaint by **February 24, 2022.** The defendants will move or answer by **March 28, 2022.** If the defendants move to dismiss, the plaintiff will respond by **April 29, 2022,** and the defendants will reply by **May 13, 2022.**

The parties will also file a Rule 26(f) report by **February 25, 2022.**

SO ORDERED.

Dated:    New York, New York
           February 11, 2022

                            John G. Koeltl
                    United States District Judge

1