UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARTNER, INC.,

                    Plaintiff.                    20-cv-4885(JGK)

          - against -                             ORDER

HCC SPECIALTY UNDERWRITERS, INC.,
ET AL.,

                    Defendant.

JOHN G. KOELTL, District Judge:

     Aon/Albert G. Ruben Insurance Services Inc. ("Aon") has

moved to consolidate the two actions: Gartner v. Aon, 22-cv-7000

(ECF No. 37) and Gartner v. HCC Specialty Underwriters, Inc., et

al., 20-cv-4885 (ECF No. 107). Aon represents that Gartner

consents to the consolidation. HCC should provide its position

by **September 30, 2022.** The remaining parties may reply by

**October 7, 2022.**

SO ORDERED.
Dated:    New York, New York
          September 19, 2022

_____
          John G. Koeltl
     United States District Judge