UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARTNER, INC.,

                Plaintiff,

- against -

HCC SPECIALTY UNDERWRITERS, INC.,
ET AL.,

                Defendants.

20-cv-4885 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The pending action in Gartner v. Aon/Albert G. Ruben Insurance Services, Inc., 22-cv-7000, will be consolidated with this case for purposes of pretrial proceedings up to the filing of any dispositive motions.

    The parties are directed to submit a proposed consolidated schedule by **October 14, 2022**. The Clerk is directed to close Docket No. 107 and 109.

SO ORDERED.
Dated:    New York, New York
           September 30, 2022

                                  John G. Koeltl
                            United States District Judge