```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------

GARTNER, INC.,

              Plaintiff,

  - against -

HCC SPECIALTY UNDERWRITERS, INC., ET AL.,

              Defendants.

20-cv-4885 (JGK)

ORDER

-----------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for oral argument in connection with the defendants' motion to dismiss on **Friday, January 27, 2023, at 11:30 a.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:    New York, New York
           January 17, 2023

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  **United States District Judge**