```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GARTNER, INC.,

                Plaintiff,

    - against -

HCC SPECIALTY UNDERWRITERS, INC., ET AL.,

                Defendants.

20-cv-4885 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **March 24, 2023**. Defendants HCC Specialty Underwriters, Inc. and U.S. Specialty Insurance Company may answer or move to dismiss without the need for a pre-motion conference by **April 14, 2023**. The plaintiff may respond to any motion to dismiss by **April 28, 2023**. The moving defendants may reply by **May 5, 2023**.

In the event of a motion to dismiss, the time for the moving defendants to answer the amended complaint will be stayed pending a decision on the motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
            March 20, 2023

                                            John G. Koeltl
                                     United States District Judge