UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,                                          20-cv-4885 (JGK)

               Plaintiff,                       ORDER

- against -

HCC SPECIALTY UNDERWRITERS, INC.,
ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with their fully briefed motion to dismiss (ECF No. 133).

SO ORDERED.

Dated:    New York, New York
           May 8, 2023

                                             John G. Koeltl
                                   United States District Judge