UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARTNER, INC.,

          Plaintiff,

- against -

HCC SPECIALTY UNDERWRITERS, INC., ET AL.,

          Defendants.

20-cv-4885 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    For the reasons explained during the conference today, the motion to dismiss filed by Aon/Albert G. Ruben Insurance Services, Inc. in No. 22-cv-7000 (ECF No. 44) is **denied**, and the motion to dismiss filed by HCC Specialty Underwriters, Inc. and U.S. Specialty Insurance Company in No. 20-cv-4885 (ECF No. 133) is **denied**. As discussed during the conference, these actions shall proceed in discovery without bifurcation of damages from liability. The parties should provide the Court with a reasonable updated scheduling order by **Wednesday, July 26, 2023.**

    The Clerk is directed to enter this Order in Nos. 20-cv-4885 and 22-cv-7000. The Clerk is further directed to close ECF Nos. 133 and 142 in No. 20-cv-4885 and ECF Nos. 44 and 69 in No. 22-cv-7000.

SO ORDERED.

Dated:    New York, New York
            July 18, 2023

                                            John G. Koeltl
                                       United States District Judge