UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARTNER, INC., <br>                    Plaintiff(s), <br>            v. <br> HCC SPECIALTY UNDERWRITERS, INC., et al., <br>                    Defendant(s). | 20-CV-4885 (DEH) |
| GARTNER, INC., <br>                    Plaintiff(s), <br>            v. <br> AON/ALBERT G. RUBEN INSURANCE SERVICES, INC., <br>                    Defendant(s). | 22-CV-7000 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On October 12, 2023, *Gartner, Inc. v. HCC Specialty Underwriters, Inc.*, No. 20 Civ. 4885, was transferred to the undersigned. An order issued the same day directed the parties to file a status letter. On October 17, 2023, *Gartner, Inc. v. Aon/Albert G. Ruben Insurance Services, Inc.*, No. 22 Civ. 7000, a related case, was transferred to the undersigned. On October 26, 2023, Chambers received a telephone call regarding whether the parties in all cases should participate in the preparation of the status letter.

It is hereby **ORDERED** that the parties in both cases shall prepare one status letter, to be filed on both dockets no later than **October 31, 2023.**

The Clerk of Court is respectfully directed to docket this order in both of the above-captioned cases.

Dated: October 27, 2023
       New York, New York

                                                              _____
                                                                        DALE E. HO
                                                              United States District Judge