# **<u>EXHIBIT A</u>**

Case 1:20-cv-04885-DEH Document 156 Filed 07/26/23 Page 1 of 2
Case 1:20-cv-04885-DEH Document 168-3 Filed 10/31/23 Page 2 of 3
Case 1:20-cv-04885-JGK Document 155 Filed 07/25/23 Page 1 of 2

**NORTON ROSE FULBRIGHT**

July 25, 2023

**VIA ECF**

Norton Rose Fulbright US LLP
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
United States

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

**Neel Lane**
Partner
Direct line +1 210 270 7170
neel.lane@nortonrosefulbright.com

Tel +1 210 224 5575
Fax +1 210 270 7205
nortonrosefulbright.com

Re:  *Gartner, Inc. v. HCC Specialty Underwriters, Inc., et al.*, No. 1:20-cv-4885 (JGK)
*Gartner, Inc. v. Aon/Albert G. Ruben Insurance Services, Inc.*, No. 1:22-cv-7000 (JGK)
<u>Submission of Joint [Proposed] Amended/Consolidated Scheduling Order</u>

Dear Judge Koeltl:

We represent defendants U.S. Specialty Insurance Company ("USSIC") and HCC Specialty Underwriters, Inc. ("HCCSU") (together, "HCC Defendants") in these actions that have been consolidated for discovery. We write together with plaintiff Gartner, Inc. ("Gartner") and defendant Aon/Albert G. Ruben Insurance Services, Inc. ("Aon").

On June 13, 2023, Gartner and Aon filed a Joint Motion to Amend the Scheduling Order, which the HCC Defendants opposed (Dkt. 142). The parties discussed the Joint Motion with the Court during the conference held on July 18, 2023, and Your Honor entered an Order at Dkt. 153 directing the parties to submit an updated proposed scheduling order by July 26, 2023. To that end, the parties jointly submit the following Joint [Proposed] Amended/Consolidated Scheduling Order:

| Event | Existing Deadline (as per ECF 115) | Proposed New Deadline |
|---|---|---|
| Completion of Fact Discovery | July 28, 2023 | June 26, 2024 |
| Plaintiff's designation of experts | May 13, 2023 | July 10, 2024 |
| Defendants' designation of experts | June 13, 2023 | August 16, 2024 |
| Completion of Expert Discovery | July 28, 2023 | September 27, 2024 |
| Meet and confer re scheduling of mediation | July 28, 2023 | TBD |

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

July 25, 2023  
Page 2

NORTON ROSE FULBRIGHT

| Event | Existing Deadline (as per ECF 115) | Proposed New Deadline |
|---|---|---|
| Pre-motion conference on cross summary judgment motions (including potential staggering of summary judgment motions) | August 25, 2023 | October 9, 2024 |
| Summary judgment motions | September 22, 2023 | October 25, 2024 |
| Summary judgment oppositions | October 27, 2023 | November 22, 2024 |
| Summary judgment replies | November 17, 2023 | December 20, 2024 |
| Mediation | December 2023/January 2024 | TBD |
| Pretrial Conference | TBD | TBD |
| Trial | TBD | TBD |

The parties respectfully request that the Court So-Order the Joint [Proposed] Amended/Consolidated Scheduling Order. Counsel are of course available at Your Honor's convenience if the Court wishes to hear further on the request above. Thank you for Your Honor's consideration.

Respectfully,

/s/ Daniel McNeel Lane, Jr

Daniel McNeel Lane, Jr.

cc: All counsel of record (by ECF)

APPLICATION GRANTED  
SO ORDERED

John G. Koeltl, U.S.D.J.

7/26/23