UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARTNER, INC.,<br>Plaintiff,<br><br>v.<br><br>HCC SPECIALTY UNDERWRITERS, INC.<br>AND U.S. SPECIALTY INSURANCE<br>COMPANY,<br>Defendants. | No. 1:20-cv-04885-DEH<br>(CONSOLIDATED CASES) |
| GARTNER, INC.,<br>Plaintiff,<br><br>v.<br><br>AON/ALBERT G. RUBEN INSURANCE<br>SERVICES, INC.,<br>Defendants. | No. 1:22-cv-07000 -DEH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Benjamin A. Goldberger hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for plaintiff Gartner, Inc. in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:   October 31, 2023

Respectfully Submitted,

By: _____
Benjamin A. Goldberger
Anderson & Kreiger LLP
50 Milk Street, 21st Floor
Boston, MA 02109
Tel.: (617) 621-6500
Fax: (617) 621-6637
bgoldberger@andersonkreiger.com

Application **GRANTED**. The Clerk of Court is respectfully directed to docket this order in both of the above-captioned cases and to close the motion at Dkt. No. 167 in No. 20 Civ. 4885 and Dkt. No. 82 in No. 22 Civ. 7000.

Dale E. Ho
United States District Judge
Dated: November 1, 2023
New York, New York