UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARTNER, INC.,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>HCC SPECIALTY UNDERWRITERS, INC., et al.,<br>　　　　　　　Defendant(s). | 20-CV-4885 (DEH) |
| GARTNER, INC.,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>AON/ALBERT G. RUBEN INSURANCE SERVICES, INC.,<br>　　　　　　　Defendant(s). | 22-CV-7000 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　The Court has been advised that the parties have reached a settlement in principle. It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs, and without prejudice to the right to reopen the action **within sixty (60) days** of the date of this Order if the settlement is not consummated. All deadlines and conferences are **CANCELLED**, and any pending motions are **DENIED** as moot. Any application to reopen must be filed within sixty days; any application to reopen filed after sixty days may be denied solely on that basis.

　　If the parties wish for the Court to retain jurisdiction to enforce any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered." Per the Court's Individual Rules, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

　　The Clerk of Court is respectfully directed to close the case.

　　SO ORDERED.

Dated: July 3, 2024
　　　　New York, New York

_____
DALE E. HO
United States District Judge